**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

BRENT SHELLEY,

    Plaintiff,

v.                                Case No. 2:17-cv-00098-JCH-GBW

TRANSAMERICA LIFE INSURANCE
COMPANY, a foreign corporation, and
STACY SILVESTRI,

    Defendants.

**ORDER OF DISMISSAL WITH PREJUDICE**

**THIS MATTER** having come before the Court on the Joint Motion to Dismiss with Prejudice brought by the parties, the Court having reviewed the Joint Motion and being otherwise fully advised, finds that good cause exists for the Joint Motion, and the Joint Motion should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED** that all claims alleged or that could have been alleged in this action by the Plaintiff against the Defendants are hereby dismissed with prejudice.  Each party shall bear their own attorneys' fees and costs.

                                                HONORABLE JUDITH C. HERRERA
                                                U.S. District Judge

APPROVED:


LEWIS ROCA ROTHGERBER CHRISTIE LLP

By */s/ Ross L. Crown*
    Ross L. Crown
    Bobbie J. Collins
    *Attorneys for Defendants*
    201 Third Street NW, Suite 1950
    Albuquerque, New Mexico 87102
    Phone: 505-764-5400
    rcrown@lrrc.com
    bcollins@lrrc.com


and


LAW OFFICES OF DAVID M. HOULISTON


By *Approved 10/20/17*
    David M. Houliston
    *Attorneys for Plaintiff*
    500 Tijeras NW
    Albuquerque, NM 87102
    david@lawofficesofhw.com